## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY J. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-3096 |
| ANDREW SAUL, | ) |
| Defendant. | ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Pursuant to the Joint Stipulation to Remand to the Commissioner (d/e 19), the decision of the Commissioner is REVERSED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four.  On remand, the Appeals Council shall remand the matter to an Administrative Law Judge (ALJ) for further proceedings.  On such remand, the ALJ shall properly evaluate the opinion evidence and construct a residual functional capacity supported by substantial evidence to evaluate Plaintiff's ability to perform his past relevant work or other work that exists in the national economy.  This case is closed before this Court.

ENTER:   October 20, 2020

s/ *Tom Schanzle-Haskins*
UNITED STATES MAGISTRATE JUDGE